IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JERRY LYNN GILMORE, JR.**                                        **PLAINTIFF**

V.                                            **CIVIL ACTION NO. 1:15-cv-143-JCG**

**JACQUALINE LEVERETTE et al.**                                   **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order Granting Defendants' Motion for Summary Judgment, final judgment is hereby entered in favor of Defendants pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the above captioned civil action is dismissed without prejudice for Plaintiff's failure to exhaust administrative remedies.

**SO ORDERED** this the 21st day of June, 2017.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE